No. 02–6772. McNeal v. United States. C. A. 6th Cir. Certiorari denied.

No. 02–6774. Pritchett v. United States. C. A. 6th Cir. Certiorari denied.

No. 02–6777. Castaneda-Ordaz, aka Ortiz v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–6779. Nichols v. United States. C. A. 6th Cir. Certiorari denied.

No. 02–6780. Yarbrough v. Ohio. Sup. Ct. Ohio. Certiorari denied.

No. 02–6781. Fields v. Mullin, Warden. C. A. 10th Cir. Certiorari denied.

No. 02–6787. Bazante v. United States. C. A. 11th Cir. Certiorari denied.

No. 02–6789. Fasano v. United States. C. A. 2d Cir. Certiorari denied.

No. 02–6790. Gutierrez-Razon v. United States. C. A. 9th Cir. Certiorari denied.

No. 02–6791. Fanning v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–6800. Chase v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–6802. Yi v. United States District Court for the Southern District of New York. C. A. 2d Cir. Certiorari denied.

No. 02–6809. Jarnigan v. United States. C. A. 6th Cir. Certiorari denied.

No. 02–6810. Shelby v. United States. C. A. 9th Cir. Certiorari denied.

No. 02–6815. Pellot v. United States. C. A. 3d Cir. Certiorari denied.